# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOSEPH DAVID MORRISETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:18-cv-00842 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| WALMART STORES INC. and ) | MAGISTRATE JUDGE FRENSLEY |
| WAL-MART STORES EAST, LP., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court are two Reports and Recommendation from the Magistrate Judge (Doc. Nos. 19 and 21). Defendants have twice moved to dismiss for lack of prosecution (Doc. Nos. 18 and 20). The Magistrate Judge recommended the first motion to dismiss be denied without prejudice to refiling and ordered Plaintiff, who is proceeding pro se, to respond to overdue discovery requests by July 12, 2019 (Doc. No. 19). On July 16, 2019, Defendants renewed the motion to dismiss (Doc. No. 20), stating that Plaintiff still had not responded to discovery requests or otherwise communicated with Defendants' counsel (Doc. No. 20). The Magistrate Judge issued a Report and Recommendation (Doc. No. 21) recommending this matter be dismissed with prejudice.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service (Doc. No. 21 at 4-5). No objections were filed.

The Court has reviewed the Report and Recommendation (Doc. No. 21) and concludes that it should be adopted and approved. Accordingly, Defendants' Motion to Dismiss (Doc.

No. 20) is **GRANTED** and the above captioned case is **DISMISSED** with prejudice. Defendants' June 18, 2019, Motion to Dismiss (Doc. No. 18) is, therefore, **MOOT**.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE